UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ALICE NELSON,

    Plaintiff,

v.                                                     CASE NO. 8:14-cv-2297-T-17MAP

CAROLYN W. COLVIN,
Commissioner of Social Security,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

Pursuant to 42 U.S.C. § 405(g) and 42 U.S.C. § 1383(c)(3), the Plaintiff seeks judicial review of an administrative decision denying her disability insurance benefits and supplemental security income benefits. At this juncture, the Commissioner seeks entry of an order remanding the case to the Commissioner for further administrative action (doc 22).[1] The Commissioner asserts that "[o]n remand, the Administrative Law Judge will evaluate the entire evidentiary record; further consider the claimant's maximum residual functional capacity, with specific reference to the opinion evidence of record; and obtain evidence from a vocational expert." (*Id.*) (internal citations omitted). The Plaintiff has no objection. Accordingly, it is

RECOMMENDED:

    1.    The Commissioner's Unopposed Motion for Entry of Judgment with Remand (doc. 22) be GRANTED. The case be remanded to the Commissioner

---

[1] The district judge referred this matter to me for a report and recommendation (doc. 22).

pursuant to sentence four of 42 U.S.C. § 405(g) and § 1383(c)(3).

2. The Clerk of Court be directed to enter judgment for the Plaintiff, and to administratively close this case.

IT IS SO ORDERED at Tampa, Florida on June 3, 2015.

_____
MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE

**NOTICE TO PARTIES**

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its service shall bar an aggrieved party from attacking the factual findings on appeal. 28 U.S.C. § 636(b)(1).